FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG 10 P 3:59

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

KEITH M. DILLON

VERSUS

JEFFERSON PARISH COURTS AND JAIL

CIVIL ACTION

NO. 05-6488

SECTION "M"(2)

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and

Recommendation of the United States Magistrate Judge, and the failure of any party to file an

objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and

Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore,

**IT IS ORDERED** that the petition of Keith M. Dillon for issuance of a writ of habeas corpus

be **DISMISSED WITHOUT PREJUDICE** as moot, for seeking relief which is not available and

otherwise for failure to exhaust state court remedies.

New Orleans, Louisiana, this 10th day of August, 2006.

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd _____
___ CtRmDep_____
___ Doc. No_____